**DISTRICT COURT OF APPEAL, FIRST DISTRICT**
**2000 Drayton Drive,**
**Tallahassee, Florida 32399-0950**
**Telephone No. (850) 488-6151**

September 2, 2025

Paul Cornelius Boatman,                    **Case 1D2025-2102**

       Petitioner(s)              L.T. No.: 2011 CF 000588

v.

Ricky D. Dixon, Secretary, Florida
Department of Corrections, et al.,
       Respondent(s).

---

**BY ORDER OF THE COURT:**

Pursuant to Florida Rule of Appellate Procedure 9.040(b), the Court transfers this case to the Fifth District Court of Appeal.

**I HEREBY CERTIFY** that the foregoing is a true copy of the original court order.


Served:
Florida Attorney General
Paul Cornelius Boatman
5DCA Clerk
General Counsel Department of Corrections

RL

1D2025-2102 September 2, 2025
Kristina Samuels, Clerk
1D2025-2102 September 2, 2025

